WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
mkelley@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; COPPERHEAD RANCH STREET AND LANDSCAPE MAINTENANCE CORPORATION,<br><br>Defendants. | Case No.: 2:17-cv-00256-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC<br><br>Counter/Cross-Claimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE | |

BEAR STEARNS ALT-A TRUST 2004-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5; SERHIY T. BUT, an individual; TETYANA A. BUT, an individual,

        Counter/Cross-Defendants.

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5 ("BONY"), Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Copperhead Ranch Street and Landscape Maintenance Corporation ("Copperhead") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On November 30, 2017, BONY and SFR filed and served their Motions for Summary Judgment [ECF Nos. 44 & 46], while Copperhead filed its Joinder to SFR's Motion for Summary Judgment on December 11, 2017 [ECF No. 48].

The deadline to file and serve responses to BONY's and SFR's Motions for Summary Judgment is currently December 21, 2017.

The Parties have discussed further extending the deadlines to file their responses. The parties seek an extension to respond to BONY's and SFR's Motion for Summary Judgment because of the Holidays and because of impending deadlines in other matters.

This is the first stipulation for extension of time to respond to BONY's and SFR's Motion for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

///

///

///

///

///

///

///

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file responses BONY's Motion for Summary Judgment [ECF No. 44] and SFR's Motion for Summary Judgment [ECF No. 46] shall be extended to January 4, 2018.

DATED this 21st day of December, 2017.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for *Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5*

DATED this 21st day of December, 2017.
KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

DATED this 21st day of December, 2017.
BOYACK ORME & ANTHONY

*/s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Adam J. Breeden, Esq.
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite #101
Las Vegas, NV 89117
*Attorneys for Defendant,
Copperhead Ranch Street and
Landscape Maintenance Corp.*

**IT IS SO ORDERED.**

DATED December 21, 2017.

_____
UNITED STATES DISTRICT JUDGE