1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  THE BANK OF NEW YORK MELLON F/K/A     Case No. 2:17-cv-00256-JCM-NJK
    THE BANK OF NEW YORK AS
13  SUCCESSOR TO JPMORGAN CHASE          **STIPULATION AND ORDER TO**
    BANK, NOT INDIVIDUALLY BUT SOLELY    **EXTEND DEADLINE TO FILE**
14  AS TRUSTEE FOR THE HOLDERS OF THE     **RESPONSES TO MOTIONS FOR**
    BEAR STEARNS ALT-A TRUST 2004-5,     **SUMMARY JUDGMENT**
15  MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 2004-5,         **(Second Request)**
16
                    Plaintiff,
17
    vs.
18
    SFR INVESTMENTS POOL 1, LLC;
19  COPPERHEAD RANCH STREET AND
    LANDSCAPE MAINTENANCE
20  CORPORATION,

21                  Defendants.
    _____
22  SFR INVESTMENTS POOL 1, LLC,

23                  Counter/Cross Claimant,

24  vs.

25  THE BANK OF NEW YORK MELLON F/K/A
    THE BANK OF NEW YORK AS
26  SUCCESSOR TO JPMORGAN CHASE
    BANK, NOT INDIVIDUALLY BUT SOLELY
27  AS TRUSTEE FOR THE HOLDERS OF THE
    BEAR STEARNS ALT-A TRUST 2004-5,
28  MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 2004-5; SERHIY T.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  BUT, an individual; TETYANA A. BUT, an individual,

2                              Counter/Cross Defendants.

3        Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to

4  JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns

5  ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5 ("BONY"),

6  Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Copperhead

7  Ranch Street and Landscape Maintenance Corporation ("Copperhead") (collectively the

8  "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

9        On November 30, 2017, BONY and SFR filed and served their Motions for Summary

10 Judgment [ECF Nos. 44 & 46], while Copperhead filed its Joinder to SFR's Motion for Summary

11 Judgment on December 11, 2017 [ECF No. 48].

12       The parties previously stipulated that the deadline to file and serve responses to BONY's

13 and SFR's Motions for Summary Judgment would be January 4, 2017 [ECF No.49]

14       SFR's counsel requested a week extension of the current deadline due to sickness and a

15 family emergency.  The parties are in agreement to extend the deadlines to respond to BONY's

16 and SFR's Motions for Summary Judgment due to the above reasons. This is the parties' second

17 request. This request made in good faith and is not for purposes of delay or prejudice to any other

18 party.

…

19

20 …

21

22 …

23

24 …

25

26 …

27

28

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1    Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline

2    to file responses BONY's Motion for Summary Judgment [ECF No. 44] and SFR's Motion for

3    Summary Judgment [ECF No. 46] shall be extended to **January 11, 2018**.

4

5    DATED this _4th day of January, 2018.          DATED this _4th___ day of January 2018.
     WRIGHT, FINLAY & ZAK, LLP                      KIM GILBERT EBRON

6

7    */s/ Michael S. Kelley*                         */s/ Diana S. Ebron*
     Dana Jonathon Nitz, Esq.                        Diana S. Ebron, Esq.

8    Nevada Bar No. 0050                             Nevada Bar No. 10580
     Michael S. Kelley, Esq.                         Jacqueline A. Gilbert, Esq.

9    Nevada Bar No. 10101                            Nevada Bar No. 10593
     7785 W. Sahara Ave., Suite 200                  Karen L. Hanks, Esq.

10   Las Vegas, NV 89117                             Nevada Bar No. 9578
     Attorneys for *Plaintiff, The Bank of New York*  7625 Dean Martin Drive, Suite 110

11   *Mellon f/k/a The Bank of New York as*          Las Vegas, Nevada 89139
     *successor to JPMorgan Chase Bank, not*         *Attorneys for Defendant, SFR Investments*

12   *individually but solely as trustee for the*    *Pool 1, LLC*
     *holders of the Bear Stearns ALT-A Trust 2004-*

13   *5, Mortgage Pass-Through Certificates,*
     *Series 2004-5*

14

15   DATED this __4th__ day of January, 2018.

16   BOYACK ORME & ANTHONY

17   */s/Adam J. Breeden*
     Edward D. Boyack, Esq.

18   Nevada Bar No. 005229
     Adam J. Breeden, Esq.

19   Nevada Bar No. 008768
     7432 W. Sahara Ave., Suite #101

20   Las Vegas, NV 89117
     *Attorneys for Defendant,*

21   *Copperhead Ranch Street and*
     *Landscape Maintenance Corp.*

22

23                          **ORDER**

24                      **IT IS SO ORDERED.**

25   DATED January 8, 2018.

26   _____

27   U.S. DISTRICT JUDGE

28

- 3 -