DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; COPPERHEAD RANCH STREET AND LANDSCAPE MAINTENANCE CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-00256-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2004-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5; SERHIY T. | |

BUT, an individual; TETYANA A. BUT, an individual,
          Counter/Cross Defendants.

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5 ("BONY"), Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Copperhead Ranch Street and Landscape Maintenance Corporation ("Copperhead") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On November 30, 2017, BONY and SFR filed and served their Motions for Summary Judgment [ECF Nos. 44 & 46], while Copperhead filed its Joinder to SFR's Motion for Summary Judgment on December 11, 2017 [ECF No. 48].

On January 11, 2018, BONY filed a response to SFR's Motion for Summary Judgment [ECF No. 53] and SFR filed a response to BONY's Motion for Summary Judgment [ECF No. 54; corrected image ECF No. 55]. On January 22, 2018, Copperhead filed a joinder to SFR's response to BONY's Motion for Summary Judgment [ECF No. 56].

Replies in support of the parties' Motions for Summary Judgment are currently due on January 29, 2018. SFR's counsel requested a two-week extension of the current deadline to fully evaluate and address the arguments raised in BONY's Motion for Summary Judgment. The parties are in agreement to extend the deadlines to file replies in support of BONY's and SFR's Motions for Summary Judgment. This is the parties' second request. This request made in good faith and is not for purposes of delay or prejudice to any other party.

…

…

…

…

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file replies in support of BONY's Motion for Summary Judgment [ECF No. 44] and SFR's Motion for Summary Judgment [ECF No. 46] shall be extended to **Tuesday, February 13, 2018**.

DATED this 30th day of January, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for *Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-5, Mortgage Pass-Through Certificates, Series 2004-5*

DATED this 30th day of January 2018.
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

DATED this 30th day of January, 2018.
BOYACK ORME & ANTHONY

*/s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Adam J. Breeden, Esq.
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite #101
Las Vegas, NV 89117
*Attorneys for Defendant,
Copperhead Ranch Street and
Landscape Maintenance Corp.*

**ORDER**

**IT IS SO ORDERED.**

DATED February 1, 2018.

_____
U.S. DISTRICT JUDGE