UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-256 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant Copperhead Ranch Street and Landscape Maintenance Corporation's ("Copperhead") motion for attorney's fees. (ECF No. 66).

Also before the court is the Bank of New York Mellon's ("BNYM") motion for release of bond obligation. (ECF No. 78).

On August 27, 2018, BNYM filed a notice of settlement. (ECF No. 74). On January 28, 2019, BNYM filed a motion for release of bond, in which BNYM notified the court that the parties have entered a complete settlement agreement. Accordingly, the court will deny as moot Copperhead's motion for attorney's fees.

As this action is now concluded, the court will also grant BNYM's motion for release of bond obligation pursuant to NRS 18.130(1).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Copperhead's motion for attorney's fees (ECF No. 66) be, and the same hereby is, DENIED as moot.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that BNYM's motion for release of bond obligation (ECF No. 78) be, and the same hereby is, GRANTED.

DATED February 6, 2019.

_____
UNITED STATES DISTRICT JUDGE